GREGORY A. VEGA, ESQ. (SBN 141477)
SELTZER CAPLAN MCMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone:   (619) 685-3040
Facsimile:    (619) 702-6814
Email:         vega@scmv.com

*Attorneys for Defendant Salam S. Kalasho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>     v.                                               )<br>                                                          )<br>SALAM S. KALASHO,                        )<br>ANIL MALHI, and                              )<br>PISCES INTERNATIONAL, INC.,      )<br>                                                          )<br>            Defendants.                       )<br>                                                          ) | CASE NO. CR. S-08-577 FCD<br><br>**STIPULATION AND ORDER AUTHORIZING THE RELOCATION OF SALAM S. KALASHO TO THE EASTERN DISTRICT OF MICHIGAN AND TO AMEND CONDITIONS OF BOND TO PERMIT RELOCATION** |

There being no objection by the Pretrial Services Officer, and subject to the approval of the Court,

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Assistant United States Attorney, R. STEVEN LAPHAM, together with counsel for Defendant Salam S. Kalasho, GREGORY A. VEGA, SELTZER CAPLAN McMAHON VITEK, A.P.C., that Salam S. Kalasho may relocate to the Eastern District of Michigan to accept an offer of employment, that the conditions of his bond may be amended to permit his relocation to the Eastern District of Michigan, and that pretrial supervision be transferred to the Eastern District of Michigan.

**IT IS SO STIPULATED.**

Dated: August 4, 2009                              */s/ Gregory A. Vega*
                                                                Gregory A. Vega
                                                                Attorney for Defendant Salam Kalasho

Case No. CR. S-08-577 FCD

1

**Proposed Stipulation and Order**

Dated:  August 4, 2009

                                                  */s/ R. Steven Lapham*
                                                  R. Steven Lapham
                                                  Assistant United States Attorney

## **ORDER**

    IT IS SO ORDERED.

Dated:  August 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/kalasho0577.stipord