IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>              v.<br><br>SALAM KALASHO.<br><br>    Defendant and Judgment Debtor.<br><br>HUNTINGTON NATIONAL BANK,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Case No.: 2:16-MC-00105-KJM<br><br>**ORDER**<br><br>Criminal Case No.: 2:08-CR-00577-KJM |

The Court, having reviewed the court files and the United States' application for an order terminating writ of garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application.  Accordingly, it is ORDERED that the:

1.     Writ of Continuing Garnishment (Bank Accounts) previously issued on June 2, 2016 against Salam Kalasho, is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

2.     Clerk of Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

DATED:  December 29, 2016

_____
UNITED STATES DISTRICT JUDGE